**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYN P. HEADON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOREL JUVENILE GROUP, INC. and DOES 1-25, Inclusive,<br><br>　　　　Defendant. | Case No. 5:18-cv-01694-AG (SHKx)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>The Hon. Andrew J. Guilford<br><br>Trial Date:　　None Set |

Having reviewed the Parties' Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED that the case Karen P. Headon v. Dorel Juvenile Group, Inc., Case No. 5:18-cv-01694-AG (SHKx) is dismissed with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

IT IS SO ORDERED

DATED: May 28, 2019

By: _____
HON. ANDREW J. GUILFORD, JUDGE
OF THE U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA